UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PEDRO ALEJANDRO ESPINAL,

                Plaintiff,

  -against-

RICH, SUPERINTENDENT OF ELMIRA
CORRECTIONAL FACILITY,

                Defendant.
------------------------------------------------------------X

ORDER

19-CV-10634 (KPF)(KNF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/20

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    The Clerk of Court shall serve a copy of this order and the petition on the attorney general of the state of New York by certified mail to 28 Liberty Street, New York, New York 10005. Within sixty days of this order, the respondent shall serve and file: 1) an answer to the petition; and 2) every transcript and brief identified in Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts.

    The petitioner may serve and file a reply to the respondent's answer within thirty days from the date he is served with the respondent's answer.

Dated: New York, New York
         January 7, 2020

Copy mailed to:

Pedro Alejandro Espinal

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE